TRENTON WATER POWER COMPANY, DEFENDANT IN ERROR, v. SAMUEL WALKER, PLAINTIFF IN ERROR.

Argued March 12, 1909—Decided July 2, 1909.

On error to the Supreme Court.

For the plaintiff in error, *Linton Satterthwait.*

For the defendant in error, *James & Malcolm G. Buchanan.*

PER CURIAM.

The judgment under review will be affirmed, for the reasons set out in the opinion of this court, in the case of Trenton Water Power Company *v.* Donnelly, and delivered at the present term of the court.

*For affirmance*—THE CHIEF JUSTICE, GARRISON, SWAYZE, REED, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, BOGERT, VREDENBURGH, VROOM, GRAY, J.J.   13.

*For reversal*—None.